IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-44-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DUSTIN LEE McGOUGH, | |
| Defendant. | |

Defendant Dustin Lee McGough moves the Court to reduce his sentence under 18 U.S.C. § 3582(c)(l)(A). His currently projected release date is December 27, 2029. *See* Inmate Locator, http://www.bop.gov/inmateloc (accessed July 13, 2023).

On June 17, 2021, Chief Judge Morris appointed the Federal Defenders of Montana to review all cases involving defendants represented by appointed counsel under the Criminal Justice Act "to determine which defendants may

1

qualify for relief under 18 U.S.C. § 3582(c)." Standing Order BMM-13 at 1-2 ¶ 1(a) (D. Mont. June 17, 2021), *available at* https://www.mtd.uscourts.gov/standing-orders.

Defendant Dustin Lee McGough was eligible for representation under the Criminal Justice Act. *See* Order (Doc. 20.) Counsel will be appointed to file an amended motion.

Accordingly, IT IS ORDERED:

1. Dustin Lee McGough's Motion to reduce his sentence (Doc. 87) is STAYED.

2. The Federal Defenders shall promptly locate conflict-free counsel to represent Dustin Lee McGough.

3. Counsel shall immediately file a Notice of Appearance on Dustin Lee McGough's behalf. Upon filing, counsel is APPOINTED, retroactive to the date of this Order.

4. The United States shall promptly request and relay to counsel the pertinent medical records, educational or vocational records, disciplinary history, all requests to the Warden for compassionate release, and any responses from the Warden or Bureau of Prisons related to Dustin Lee McGough's request(s).

5. Within 60 days of the date of this Order, counsel must file an amended motion.

6.  Briefing on the amended motion shall proceed in accordance with D. Mont. L.R. CR 47 (Dec. 1, 2022).

DATED this 14th day of July, 2023.

Donald W. Molloy
United States District Court